UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| DANIEL E. DOYLE, JR, <br><br> Petitioner, <br><br> v. <br><br> PATRICIA A. COYNE-FAGUE, in her official capacity as Director of the DEPARTMENT OF CORRECTIONS FOR THE STATE OF RHODE ISLAND <br><br> Respondent. | C.A. No. 1:21-CV-00479-MSM-LDA |

### ORDER

Mary S. McElroy, United States District Judge.

Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, this Court holds that this case is not appropriate for the issuance of a certificate of appealability. Petitioner Doyle has failed to make a substantial showing of the denial of any constitutional right, as required by 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
November 29, 2022